## AFFIDAVIT OF SERVICE

**HEAVEN SENT**
LEGAL SERVICES

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:16-CV-01211-MJW | UNITED STATES DISTRICT COURT FOR THE DISITRICT OF COLORADO | , CO | 884346 (738690) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| LEATHEM STEARN, INDIVIDUALLY; UTE MESA LOT 1, LLC, A COLORADO LIMITED LIABILITY COMPANY; UTE MESA LOT 2, LLC, A COLORADO LIMITED LIABILITY COMPANY | WESTMORELAND EQUITY FUND, LLC, A DELAWARE CORPORATION; ED RYAN, INDIVIDUALLY; AND BERNARD FELDMAN, INDIVIDUALLY |

| Received by: | For: |
|---|---|
| Heaven Sent Legal Services | PODOLL & PODOLL, P.C. |

| To be served upon: |
|---|
| ED RYAN |

I, NATHANIEL SAVOTH, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kathleen Bass - reception - ED RYAN, Company: 1650 MARKET ST 36TH FLOOR, PHILADELPHIA, PA 19103

**Manner of Service:**   Substitute Service - Personal, May 24, 2016, 1:36 pm EDT

**Documents:**   SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND (Received May 23, 2016 at 5:51pm EDT)

**Additional Comments:**
1) Successful Attempt: May 24, 2016, 1:36 pm EDT at Company: 1650 MARKET ST 36TH FLOOR, PHILADELPHIA, PA 19103 received by Kathleen Bass - reception - ED RYAN. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'8"; Hair: Blond;

_____     05/24/2016
NATHANIEL SAVOTH          **Date**

Heaven Sent Legal Services
421 N 7th St Suite 422
Philadelphia, Pa 19123
610-322-0620

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
**Notary Public**

5/25/16          October 10, 2017
**Date**          **Commission Expires**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2017