IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-CV-1211

LEATHEM STEARN, individually,
UTE MESA LOT 1, LLC, a Colorado Limited Liability Company
UTE MESA LOT 2, LLC, a Colorado Limited Liability Company

    Plaintiffs,

v.

WESTMORELAND EQUITY FUND LLC, a Delaware Corporation,
ED RYAN, individually, and
BERNARD FELDMAN, individually.

    Defendants.

---

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41 FED. R. CIV. P.

---

    The Plaintiffs, Leathem Stearn, Ute Mesa Lot 1, LLC, and Ute Mesa lot 2, LLC, by and through their attorneys, Podoll & Podoll, P.C., submit the following Notice of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P.

    1.    No Answer or motion for summary judgment has been filed or served by Defendants.

    2.    Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P. Plaintiff may voluntary dismiss an action if no answer or motion for summary judgment has been filed by a defendant.

    3.    Pursuant to Rule 41(a)(1)(B), Fed. R. Civ. P. unless otherwise stated, the voluntary dismissal by a plaintiff is without prejudice.

    4.    Pursuant to this Notice, Plaintiffs voluntary dismiss all claims against all Defendants *with prejudice*.

    5.    Plaintiffs respectfully request that the Docket in this matter reflect the dismissal of this case *with prejudice*.

Dated at Greenwood Village, Colorado this 5th day of July, 2016.

                                            Respectfully submitted,

By: *s/Robert A. Kitsmiller*
     Robert A. Kitsmiller
     PODOLL & PODOLL, P.C.
     5619 DTC Parkway, Suite 1100
     Greenwood Village, Colorado 80111
     Telephone: (303) 861-4000
     Facsimile: (303) 861-4004
     Email: bob@podoll.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2016, I served the foregoing **PLAINTIFFS'NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 FED. R. CIV. P.** via CM/ECF electronic filing on:

    Elias Correa, Esq.
    Lydecker | Diaz, L.L.C.
    1221 Brickell Avenue, 19th Floor
    Miami, Florida 33131
    af@lydeckerdiaz.com
    *ATTORNEYS FOR DEFENDANTS*

By: *s/Robert A. Kitsmiller*
     Robert A. Kitsmiller

2